# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIE ENCAR ARNOLD,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA, et al.,

    Defendant(s).

Case No. 2:24-cv-01856-___-NJK

**ORDER**

[Docket Nos. 1, 1-5, 7, 8]

    Concurrently herewith, the undersigned is issuing a report and recommendation that this case be dismissed. In light of that recommendation, the Court **DENIES** without prejudice the two applications to proceed *in forma pauperis* (Docket Nos. 1, 7), the motion to file electronically (Docket No. 1-5), and the motion for case management conference (Docket No. 8).

    IT IS SO ORDERED.

    Dated: December 10, 2024

                                                Nancy J. Koppe
                                               United States Magistrate Judge